IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3025 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY OH WARD, | ) | ORDER |
| SOKHA KEO, | ) | |
| DANIEL L. MOORE and | ) | |
| LILLIAN RUIZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Trial of this matter as to <u>all</u> defendants is set to commence at 9:00 a.m., July 25, 2005, for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

Dated May 24, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge