IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cr3025 |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL L. MOORE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 104 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 104 from the record.

DATED this 3rd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge