IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3025 |
| v. ) | |
| ) | |
| GARY OH WARD, ) | |
| ) | ORDER |
| Defendants. ) | |
| ) | |

IT IS ORDERED:

Defendant's motion for time, filing 136, is granted and the deadline for filing pretrial motions is extended to February 3, 2006. The time for filing a supporting brief is extended to February 10, 2006.

DATED this 31st day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge