```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )        4:05CR3025
     v.                         )
                                )
GARY OH WARD,                   )
                                )           ORDER
            Defendant.          )
                                )
```

IT IS ORDERED:

Defendant's unopposed motion to continue, filing 139, is granted and the suppression hearing is continued from February 15, 2006 to March 8, 2006 at 1:00 p.m.

DATED this 1st day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge