IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GARY OH WARD, | ) | |
| | ) | |
| Defendant. | ) | |

On March 8, 2006, Magistrate Judge Piester entered a Report and Recommendation recommending denial of Mr. Ward's motion to suppress. (Filing 153.) That report was read into the record of the hearing. Judge Piester stated that counsel were given 10 days from the date the transcript was available to file objections, and 10 days from the date any objection was filed for responding to objections. (Filing 155, Tr. 81:5-8.) The transcript was filed on March 19, 2006. (Filing 155.) Thus, any objection and supporting brief are due on March 31.

Mr. Ward's counsel filed an "Objection" on March 22, 2006. That two-sentence document does not state the grounds for objection, but stated that a brief would be filed "within two weeks." (Filing 156.) I enter this order to clarify the date for submission of Mr. Ward's brief in support of his objection. I do not understand filing 156 to be a motion for an extension of time for filing a brief objecting to the Report and Recommendation. Mr. Ward's counsel is reminded that the brief is due on or before March 31, 2006. No extension will be granted unless a motion for extension is filed before March 31, 2006.

Accordingly,

IT IS ORDERED that the brief supporting Mr. Ward's objection to the Report and Recommendation is due on or before March 31, 2006, and any response to that brief is due 10 days after the supporting brief is filed.

March 24, 2006.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge