IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GARY OH WARD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's Motion to Extend Time for Filing Memorandum (filing 159). The motion seeks a extension of time from March 31, 2006 to April 7, 2006 for filing a memorandum in support of the defendant's amended objection to the Magistrate Judge's Report and Recommendation. The Court, being fully advised in the premises, and noting that the government has no objection to said enlargement of time, finds that the defendant's motion (filing 159) should be granted, and that the defendant's response time should be extended until April 7, 2006.

IT IS THEREFORE ORDERED that the defendant shall file any objection to the Report and Recommendation (filing 35) no later than April 7, 2006, and that the enlargement of time from March 31, 2006 through April 7, 2006 shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161 (h)(1)(F) (delay resulting from the filing of any pretrial motion).

March 29, 2006.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge