IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GARY OH WARD, | ) | |
| | ) | |
| Defendant. | ) | |

The Magistrate Judge has recommended that a pending motion to suppress be denied. (Filing 153, noting that recommendation was read into transcript of hearing.) Defendant has filed and briefed an objection to this recommendation. The government has now moved to extend the time for filing its brief in opposition to Defendant's objection to the pending report and recommendation (filing 167). The motion seeks a extension of time from April 21, 2006 to April 28, 2006 for filing a memorandum responding to Defendant's objections. The Court, being fully advised in the premises, and noting that Defendant has no objection to said enlargement of time, finds that the government's motion (filing 167) should be granted, and that the response time should be extended until April 28, 2006.

IT IS THEREFORE ORDERED that the motion in filing 167 is granted, the government shall file its response to Defendant's objections to the recommendation for denial of the motion to suppress no later than April 28, 2006, and the enlargement of time from April 21, 2006 through April 28, 2006 shall be excluded from any speedy trial calculations pursuant to 18 U.S.C. § 3161 (h)(1)(F) (delay resulting from the filing of any pretrial motion).

April 24, 2006.                              BY THE COURT:

                                             *s/Richard G. Kopf*
                                             United States District Judge