IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3025-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GARY OH WARD, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to release compliance bond (filing 306) is granted.   The Clerk shall pay the proceeds of the bond to Kirk E. Naylor, Jr., on behalf of the defendant.

    February 21, 2007.                    BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge